327 F.2d 1001
 Howard JAMISON, Administrator of the Estate of Richard
Lyons, Deceased, Appellant,
v.
KOLARIK, INC., a corporation, Trimble Co., a corporation and
Robert S. Kerr, an individual, trading and doing business as
Robert S. Kerr Construction Company, Defendants and
Third-Party Plaintiffs, v. GEORGE H. SOFFEL CO., Inc., and
George Frank, Third-Party Defendants.
Anna SCHEIBELHUT, Administratrix of the Estate of Patrick J.
Connolly, Deceased, Appellant,
v.
KOLARIK, INC., a corporation, Trimble Co., a corporation and
Robert S. Kerr, an individual, trading and doing business as
Robert S. Kerr Construction Company, Defendants and
Third-Party Plaintiffs, v. GEORGE H. SOFFEL CO., Inc., and
George Frank, Third-Party Defendants.
 Nos. 14500, 14501.
 United States Court of Appeals Third Circuit.
 Argued Dec. 12, 1963.
Decided Feb. 26, 1964.
 
 James E. McLaughlin, Pittsburgh, Pa. (Dennis C. Harrington, Paul Laughlin, McArdle, Harrington & McLaughlin, Pittsburgh, Pa., on the brief), for appellants.
 William C. Walker, Pittsburgh, Pa. (Dickie, McCamey, Chilcote & Robinson, Pittsburgh, Pa., on the brief), for appellee.
 Before BIGGS, Chief Judge, and McLAUGHLIN and KALODNER, Circuit judges.
 PER CURIAM.
 
 
 1
 An examination of the original appendix and of the supplemental appendices filed by the parties by direction of the court and consideration of the briefs of the parties and of their arguments demonstrate no reversible error in the proceedings below. See and compare Spinozzi v. E. J. Lavino, 243 F.2d 80, 83 (3 Cir. 1957), and Quinones v. Township of Upper Moreland, 293 F.2d 237 (3 Cir. 1961). Cf. Meehan v. Gulf Oil Corporation 312 F.2d 737 (3 Cir. 1963), and Atlantic & Pacific Stores, Inc. v. Pitts, 283 F.2d 756 (4 Cir. 1960).
 
 
 2
 Consequently the judgments appealed from will be affirmed.